No. 96–999. MARSHALL v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 96–1000. PERRY v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 96–1001. SUMRALL v. UNITED STATES; LEE v. UNITED STATES; and BURROWS v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 96–1002. MCCARTY v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 96–1003. SEPE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–1005. MONTVILLE v. LEWIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–1006. MOSES v. CITY OF EVANSTON. C. A. 7th Cir. Certiorari denied.

No. 96–1008. GOLIA-PALADÍN v. NORTH CAROLINA BAR. Sup. Ct. N. C. Certiorari denied.

No. 96–1011. HUNGERSCHAFER v. GATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1012. CARR v. RUNYAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–1016. RUSSO v. MARUT. C. A. 3d Cir. Certiorari denied.

No. 96–1019. SALAZAR v. MORALES, ATTORNEY GENERAL OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 96–1022. DANIELS v. LASSALLE, JUDGE, 19TH JUDICIAL DISTRICT COURT, PARISH OF EAST BATON ROUGE, LOUISIANA; and
No. 96–1023. DANIELS v. LASSALLE, JUDGE, 19TH JUDICIAL DISTRICT COURT, PARISH OF EAST BATON ROUGE, LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied. Reported below: No. 96–1022, 673 So. 2d 736; No. 96–1023, 673 So. 2d 704.